OREGON NATURAL DESERT AS-SOCIATION; Center for Biological Diversity, Plaintiffs—Appellees,

v.

D. Robert LOHN, Regional Administrator, Natl Marine Fisheries Service; National Marine Fisheries Services Carlos M. Gutierrez, Secretary, U.S. Department of Commerce; David R. Allen, Regional Director, U.S. Fish & Wildlife Service; Gary S. Miller, Field Supervisor, U.S. Fish Wildlife Service; Dirk Kempthorne, Secretary, U.S. Department of Interior; United States Fish and Wildlife Service, Defendants,

and

Robert L. Brooks; Kenneth R. Brooks; Crum Farming, Inc.; Jerome P. McElligott; Matthew C. McElligott; McElligott Joint Trust; Bud McGirr; Vaughan Ranch, Inc.; Rocky Bluff Ranch; Peter McElligott, Defendant-intervenors—Appellants.

No. 07–35700.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 10, 2008.

Filed Jan. 12, 2009.

Peter MacNamara Lacy, Senior, Oregon Natural Desert Association, Stephanie M. Parent, Stephanie M. Parent, Attorney at Law, Portland, OR, Kristin F. Ruether, Esquire, Advocates for the West, Boise, ID, for Plaintiffs–Appellees.

Meredith Flax, U.S. Department of Justice, Washington, DC, for Defendant.

Jill S. Gelineau, Esquire, Schwabe, Williamson & Wyatt, P.C., Portland, OR, Reed Hopper, Damien Michael Schiff, Pacific Legal Foundation, Sacramento, CA, for Defendant–intervenors–Appellants.

Before: O'SCANNLAIN, GRABER, and BYBEE, Circuit Judges.

The underlying dispute in this case is moot, including the Appellants' challenge to the denial of their motion to intervene. We dismiss the appeal and remand to the district court with instructions to vacate its opinion of April 17, 2007, 485 F.Supp.2d 1190.

Each party shall bear its own costs on appeal.

**Appeal DISMISSED and case REMANDED with instructions.**